PD-0525-15

PD-0525-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/5/2015 3:25:58 PM
Accepted 5/6/2015 1:12:36 PM
ABEL ACOSTA
CLERK

CAUSE NO. 04-14-00344-CR

| | | |
|---|---|---|
| CHRISTOPHER ALAN LEMASTER, | § | IN THE COURT OF APPEALS |
| Appellant | § | |
| VS. | § | IN SAN ANTONIO, TEXAS |
| | § | |
| THE STATE OF TEXAS, | § | 4th JUDICIAL DISTRICT |
| Appellee | | |

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, CHRISTOPHER ALAN LEMASTER, Appellant, and files this Motion for Extension of Time to File Appellant's Brief, pursuant to Rules 10.5(b) and 68.2(c), Texas Rules of Appellate Procedure. In support of this Motion, Appellant would show the following:

I.

On April 8, 2015, the 4th Court of Appeals affirmed the trial court's judgment, in the case styled *Christopher Alan LeMaster vs. State of Texas*, Cause No. 04-14-00344-CR. No motion for rehearing or motion for en banc reconsideration was filed.

II.

Appellant's Petition for Discretionary Review is currently due to be filed on May 8, 2015. Counsel for Appellant requires an extension of forty-five (45) days within which to complete and file Appellant's Petition for Discretionary Review in this cause. This is Appellant's first request for extension of time.

III.

Counsel was hired May 1, 2015, by Appellant to work on this matter. Counsel for Appellant has worked diligently on Appellant's Petition for Discretion Review since being hired, but has been, and will be, unable to complete it by the current due date for the following reason:

1.     The week of May 4, 2015, and the week of May 11, 2015, Counsel for Appellant has numerous, previously set, pretrial and trial settings in the county and district criminal courts of Bexar County, Texas.

IV.

This request is not made for the purpose of delay, but rather this request is made to allow counsel adequate time to prepare Appellant's Petition for Discretionary Review. Appellant moves this Court for an order granting an extension of forty-five (45) days, or until June 19, 2015, for Appellant to submit the Petition for Discretionary Review in this case.

WHEREFORE, PREMISES CONSIDERED, Appellant moves this Court for an order granting an extension of forty-five (45) days, for Appellant to submit the Petition for Discretionary Review in this case.

Respectfully submitted,


   */s/ Daniel De La Garza*
DANIEL DE LA GARZA
TBA No. 24077965
1800 McCullough
San Antonio, Texas 78212
Telephone: (210) 263-1146
Facsimile: (210) 855-6274
Email: Daniel.DeLaGarza@Me.com

COUNSEL FOR APPELLANT,
CHRISTOPHER ALAN LEMASTER

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 9 of the Texas Rules Appellate Procedure, the undersigned counsel of record certifies that the motion contains 551 words.


   */s/ Daniel De La Garza*
DANIEL DE LA GARZA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Appellant's Brief was delivered via email through eFile.TXCourts.gov, to the Bexar County District Attorney's Office, Appellate Division, 101 W. Nueva, San Antonio, Texas 78204 on this the 5th day of May 2015.


   */s/ Daniel De La Garza*
DANIEL DE LA GARZA

CAUSE NO. 04-14-00344-CR

| | | |
|---|---|---|
| CHRISTOPHER ALAN LEMASTER, | § | IN THE COURT OF APPEALS |
|     Appellant | § | |
| VS. | § | IN SAN ANTONIO, TEXAS |
| | § | |
| THE STATE OF TEXAS, | § | 4th JUDICIAL DISTRICT |
|     Appellee | | |

## **ORDER**

It is the order of the Court that the foregoing Motion for Extension of Time to File Appellant's Petition for Discretionary Review is GRANTED, and the deadline for filing Appellant's Petition for Discretionary Review is extended to June 19, 2015.

SIGNED this the _____ day of _____, 2015.


_____
JUDGE PRESIDING